# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:14cv44

| | |
|---|---|
| BARBARA A. GROVES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| CAROLYN W. COLVIN, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Previously, the Court denied Plaintiff's Motion for Attorney Fees. (Order, Jun. 10, 2015.) Plaintiff has appealed the Court's Order to the District Court. The Court **DIRECTS** the Government to respond to the Objection [# 22], within ten (10) days of the entry of this Order.

Signed: June 17, 2015

Dennis L. Howell
United States Magistrate Judge