IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL ACTION NO.: 3:14-cv-44

BARBARA A. GROVES,          )
                            )
        PLAINTIFF,          )
                            )
VS.                         )
                            )
CAROLYN W. COLVIN,          )
ACTING COMMISSIONER         )
OF SOCIAL SECURITY,         )
                            )
        DEFENDANT.          )

**THIS MATTER IS BEFORE THE COURT** on the Plaintiff's Consent Supplemental Motion for Costs in regards to unpaid costs taxed against the Defendant.

**IT IS ORDERED** that the Plaintiff shall be paid $419.44 in costs from the Judgment Fund by the United States Department of the Treasury pursuant to 28 U.S.C. § 2412(a)(91).



Max O. Cogburn Jr.
United States District Judge